UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DIAMOND,

    Plaintiff,

v.

JO ANNE B. BARNHART, COMMISSIONER SOCIAL SECURITY,

    Defendant.

Case No. 1:05-CV-423

Hon. Richard Alan Enslen

**JUDGMENT**

In accordance with an Opinion filed this date;

**IT IS HEREBY ORDERED** that Plaintiff Michael Diamond's Objections (Dkt. No. 17) are **DENIED**, the Report and Recommendation (Dkt. No.16) is **ADOPTED**, and the Commissioner's decision denying Plaintiff disability benefits is **AFFIRMED**.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED WITH PREJUDICE**.

DATED in Kalamazoo, MI:
July 25, 2006

    /s/ Richard Alan Enslen
RICHARD ALAN ENSLEN
SENIOR UNITED STATES DISTRICT JUDGE